**Form 132**

**UNITED STATES BANKRUPTCY COURT**    50
**WESTERN DISTRICT OF PENNSYLVANIA**    amaz

In re:                                                    Bankruptcy Case No.: 15–21610–CMB

                                                         Chapter: 7

**Alan C. McGuire**                          Rebecca S. McGuire
    Debtor(s)

### NOTICE OF APPOINTMENT OF INTERIM TRUSTEE
### AND DETERMINATION OF TRUSTEE BOND

Rosemary C. Crawford is hereby appointed Interim Trustee for the estate of the above debtor(s). Unless another trustee is elected at the meeting of creditors, convened pursuant to 11 U.S.C §341(a), the Interim Trustee shall serve as Trustee.

In accordance with 11 U.S.C §322(b), the United States Trustee has determined the amount of the blanket trustee bond and determined the sufficiency of the surety thereon.

Dated: 8/29/16                                    **Andrew R. Vara**
                                                 Acting United States Trustee

                                                 **Joseph S. Sisca**
                                                 Assistant United States Trustee
                                                 Western District of Pennsylvania

---

I Rosemary C. Crawford, hereby reject appointment as Trustee.

Dated: This _____ day of _____,_____.

                                                 Rosemary C. Crawford

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 15-21610-CMB
Alan C. McGuire                                                                      Chapter 7
Rebecca S. McGuire
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2            User: amaz            Page 1 of 1            Date Rcvd: Aug 29, 2016
                               Form ID: 132          Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2016.
db/jdb        +Alan C. McGuire,    Rebecca S. McGuire,    225 Osceola Drive,    Bridgeville, PA 15017-1941
aty           +Paul W. McElrath, Jr.,    McElrath Legal Holdings, LLC.,    1641 Saw Mill Run Boulevard,
                Pittsburgh, PA 15210-3433
tr            +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702
tr            +Rosemary C. Crawford,    Crawford McDonald, LLC.,    P.O. Box 355,    Allison Park, PA 15101-0355

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust           +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Aug 30 2016 02:14:40
                Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                Pittsburgh, PA 15222-3721
                                                                                          TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2016                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 29, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
                agornall@goldbecklaw.com,     bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Chartiers Valley School District jhunt@grblaw.com,
                cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Bridgeville jhunt@grblaw.com,
                cnoroski@grblaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Alan C. McGuire ecf@mcelrathlaw.com,
                donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Rebecca S. McGuire ecf@mcelrathlaw.com,
                donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Rosemary C. Crawford    crawfordmcdonald@aol.com,    PA68@ecfcbis.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
                Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                          TOTAL: 9