| **Information to identify the case:** | |
|---|---|
| Debtor 1 **Alan C. McGuire** <br> First Name  Middle Name  Last Name | Social Security number or ITIN **xxx–xx–2518** <br> EIN __–_____ |
| Debtor 2 **Rebecca S. McGuire** <br> (Spouse, if filing)  First Name  Middle Name  Last Name | Social Security number or ITIN **xxx–xx–6498** <br> EIN __–_____ |
| United States Bankruptcy Court <br> **WESTERN DISTRICT OF PENNSYLVANIA** | Date case filed in chapter **13**   **5/4/15** |
| Case number:  **15–21610–CMB** | Date case converted to chapter **7**   **8/29/16** |

Official Form 309B (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

|   |   | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Alan C. McGuire | Rebecca S. McGuire |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 225 Osceola Drive <br> Bridgeville, PA 15017 | 225 Osceola Drive <br> Bridgeville, PA 15017 |
| 4. | **Debtor's attorney** <br> Name and address | Paul W. McElrath Jr. <br> McElrath Legal Holdings, LLC. <br> 1641 Saw Mill Run Boulevard <br> Pittsburgh, PA 15210 | Contact phone 412–765–3606 |
| 5. | **Bankruptcy trustee** <br> Name and address | Rosemary C. Crawford <br> Crawford McDonald, LLC. <br> P.O. Box 355 <br> Allison Park, PA 15101 | Contact phone 724–443–4757 |
|    |    | The United States Trustee, Region3, appoints this individual as interim trustee as of the date of the filing of the bankruptcy petition. | |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office** | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open Monday – Friday<br>9:00 AM – 4:30 PM<br>Contact phone 412–644–2700<br>Date: 8/29/16 |
| | The Court uses an electronic filing system and filers must follow the Court's Local Rules governing the manner in which documents must be filed. Persons not represented by an attorney may file paper documents at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov.<br>**Photo ID/Delays:** For security reasons, you may encounter delays when attending court hearings. You should be prepared to show Photo Identification when attending these preceedings, Please plan accordingly. | |
| **7. Meeting of creditors** | **October 3, 2016 at 01:00 PM** | Location: |
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Liberty Center, 7th Floor, Room 740, 1001 Liberty Avenue, Pittsburgh, PA 15222** |
| **8. Presumption of abuse** | The presumption of abuse does not arise. | |
| If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 12/2/16** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 1/3/17** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 11/2/15** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object | |

to exemptions in line 9.

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**    page **2**

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                                  Case No. 15-21610-CMB
Alan C. McGuire                                                         Chapter 7
Rebecca S. McGuire
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0315-2          User: amaz                   Page 1 of 3                   Date Rcvd: Aug 29, 2016
                              Form ID: 309B                Total Noticed: 67


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2016.
db/jdb        +Alan C. McGuire,    Rebecca S. McGuire,    225 Osceola Drive,    Bridgeville, PA 15017-1941
aty           +Andrew F Gornall,   KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                Philadelphia, PA 19106-1541
aty            Jeffrey R. Hunt,   Goehring, Rutter & Boehm,    437 Grant Street,    14th Floor,
                Pittsburgh, PA 15219-6107
aty           +S. James Wallace,   845 N. Lincoln Avenue,    Pittsburgh, PA 15233-1828
cr            +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                Pittsburgh, PA 15212-5860
cr            +PNC BANK, NATIONAL ASSOCIATION,    3232 Newark Drive,    Miamisburg, OH 45342-5421
14039866      +Albert McGuire,   2049 Spring Hill Road,    Pittsburgh, PA 15243-1464
14039867      +Allied Interstate,    3000 Corporate Exchange Drive,    Columbus, OH 43231-7689
14039868      +Becket & Lee LLP,    16 General Warren Boulevard,    Attn: Thomas E. Lee III,
                Malvern, PA 19355-1245
14080523      +Borough of Bridgeville,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                Pittsburgh, PA 15219-6101
14080524      +Borough of Bridgeville/Chartiers Valley SD,    c/o Goehring Rutter & Boehm,
                437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
14039869      +Bridgeville Borough,    Chartiers Valley School District,    C/O Central Tax Bureau of PA, Inc.,
                10 Emerson Lane, Suite 804,    Bridgeville, PA 15017-3461
14039873      +CBNA/The Home Depot,    Po Box 6497,   Sioux Falls, SD 57117-6497
14039878     ++CREDITORS BANKRUPTCY SERVICE,    PO BOX 800849,    DALLAS TX 75380-0849
               (address filed with court: Creditors Bankruptcy Service,      P.O. Box 740933,    Dallas, TX 75374)
14039871      +Capital One, N.A.,    PO Box 12907,   Norfolk, VA 23541-0907
14039881      +GC Services Limited Partnership,    Collection Agency Divison,    6330 Gulfton,
                Houston, TX 77081-1108
14039890      +Integrity Financial Partners, Inc.,    PO Box 11530,    Overland Park, KS 66207-4230
14039892       Kohls/Capital One,    N56 West 1700 Ridgewood Drive,    Menomonee Falls, WI 53051
14039898      +NCO Financial Systems, Inc.,    PO Box 12100,    Department 64,    Trenton, NJ 08650-2100
14104949      +PNC Bank, N.A.,    Attn: Bankruptcy Department,    3232 Newmark Drive,
                Miamisburg, OH 45342-5421
14039901      +PNC Mortgage,   6 North Main Street,    Dayton, OH 45402-1908
14039900      +Patenaude & Felix,    213 East Main Street,    Carnegie, PA 15106-2701
14039906      +Regional Adjustment Bureau, Inc.,    P.O. Box 2209,    Addison, TX 75001-2209

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: ecf@mcelrathlaw.com Aug 30 2016 02:13:31       Paul W. McElrath, Jr.,
                McElrath Legal Holdings, LLC.,    1641 Saw Mill Run Boulevard,    Pittsburgh, PA 15210
tr            +EDI: BRCCRAWFORD.COM Aug 30 2016 01:43:00       Rosemary C. Crawford,    Crawford McDonald, LLC.,
                P.O. Box 355,    Allison Park, PA 15101-0355
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 30 2016 02:14:25       Pennsylvania Dept. of Revenue,
                Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                Harrisburg, PA 17128-0946
ust           +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Aug 30 2016 02:14:40
                Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                Pittsburgh, PA 15222-3721
14052497      +EDI: BASSASSOC.COM Aug 30 2016 01:43:00       Bass & Associates,    3936 E. Fort Lowell Road,
                Suite 200,    Tucson, AZ 85712-1083
14039870      +E-mail/Text: notices@burt-law.com Aug 30 2016 02:15:43       Burton Neil & Associates,
                1060 Andrew Drive,    Suite 170,   West Chester, PA 19380-5600
14039872      +EDI: BASSASSOC.COM Aug 30 2016 01:43:00       Capital One, N.A.,    Bass & Associates, P.C.,
                3936 E. Ft. Lowell Rd, Suite 200,    Tucson, AZ 85712-1083
14039874      +EDI: CHASE.COM Aug 30 2016 01:43:00       Chase,    Po Box 15298,   Wilmington, DE 19850-5298
14039875      +EDI: CHASE.COM Aug 30 2016 01:43:00       Chase-BP,    Po Box 15298,   Wilmington, DE 19850-5298
14039876      +EDI: CITICORP.COM Aug 30 2016 01:43:00       Citgo,    Po Box 6497,   Sioux Falls, SD 57117-6497
14039877      +EDI: CITICORP.COM Aug 30 2016 01:43:00       Citi,    Po Box 6241,   Sioux Falls, SD 57117-6241
14039879       EDI: BASSASSOC.COM Aug 30 2016 01:43:00       ECAST FOB HRS USA,    Bass & Associates, P.C.,
                3936 E Ft Lowell Rd Ste 200,    Tucson, AZ 85712-1083
14039880      +EDI: FSAE.COM Aug 30 2016 01:43:00       First Source,    205 Bryant Woods South,
                Buffalo, NY 14228-3609
14039882      +EDI: RMSC.COM Aug 30 2016 01:43:00       GE Capital Retail Bank,
                c/o Recovery Management Systems Corp.,    25 SE 2nd Avenue, Suite 1120,    Attn: Ramesh Singh,
                Miami, FL 33131-1605
14039883       EDI: RMSC.COM Aug 30 2016 01:43:00       GE Money Bank/JCPenney,    Po Box 984100,
                El Paso, TX 79998
14039884       EDI: RMSC.COM Aug 30 2016 01:43:00       GE Money Bank/Lowes,    Po Box 103065,
                Roswell, GA 30076
14039885      +EDI: RMSC.COM Aug 30 2016 01:43:00       GE Money Bank/QVC,    Po Box 971402,
                El Paso, TX 79997-1402
14039887       EDI: HFC.COM Aug 30 2016 01:43:00       HSBC/Bestbuy,    Po Box 15519,   Wilmington, DE 19850
14039886      +EDI: BASSASSOC.COM Aug 30 2016 01:43:00       HSBC BANK NEVADA, N.A.,    Bass & Associates, P.C.,
                3936 E. Ft. Lowell Road, Suite 200,    Tucson, AZ 85712-1083
14039888      +EDI: HFC.COM Aug 30 2016 01:43:00       HSBC/Boscovs,    Po Box 4274,   Reading, PA 19606-0674
```

```
District/off: 0315-2          User: amaz                  Page 2 of 3                  Date Rcvd: Aug 29, 2016
                              Form ID: 309B               Total Noticed: 67

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14039889      +EDI: IIC9.COM Aug 30 2016 01:43:00      I.C. System, Inc.,    444 Highway 96 East,
               Post Office Box 64794,    St. Paul, MN 55164-0794
14039891       EDI: JEFFERSONCAP.COM Aug 30 2016 01:43:00      Jefferson Capital Systems,    PO Box 7999,
               Saint Cloud, MN 56302-9617
14039893       EDI: RESURGENT.COM Aug 30 2016 01:43:00      LVNV Funding,    Resurgent Capital Services,
               PO Box 10587,    Greenville, SC 29603-0587
14111748       EDI: RESURGENT.COM Aug 30 2016 01:43:00      LVNV Funding, LLC its successors and assigns as,
               assignee of CR Evergreen II, LLC,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
14039894      +EDI: TSYS2.COM Aug 30 2016 01:43:00      Macy's,   9111 Duke Boulevard,    Mason, OH 45040-8999
14039895      +EDI: AIS.COM Aug 30 2016 01:43:00      Midland Funding, LLC,    by American InfoSource LP,
               PO Box 4457,   Houston, TX 77210-4457
14039896      +EDI: AIS.COM Aug 30 2016 01:43:00      Midland Funding, LLC,    by American InfoSource LP,
               PO Box 248897,   Oklahoma City, OK 73124-8897
14039897      +E-mail/Text: bknotice@ncmllc.com Aug 30 2016 02:15:04      National Capital Management, LLC,
               8245 Tournament Drive, Suite 230,    Memphis, TN 38125-1741
14041229      +EDI: OPHSUBSID.COM Aug 30 2016 01:43:00      OAK HARBOR CAPITAL III, LLC,
               C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14039899      +EDI: OPHSUBSID.COM Aug 30 2016 01:43:00      Oak Harbor Capital II LLC,
               c/o Weinstein and Riley, PS,    2001 Western Avenue,   Suite 400,    Seattle, WA 98121-3132
14039903      +EDI: PRA.COM Aug 30 2016 01:43:00      PRA Receivables,    PO Box 12914,    Norfolk, VA 23541-0914
14052535      +EDI: PRA.COM Aug 30 2016 01:43:00      PRA Receivables Management,
               As Agent of Portfolio Recovery Assocs.,    P.O. Box 12914,   Norfolk, VA 23541-0914
14039902      +EDI: PRA.COM Aug 30 2016 01:43:00      Portfolio Recovery Associates,    140 Corporate Boulevard,
               Norfolk, VA 23502-4952
14039904      +EDI: PRA.COM Aug 30 2016 01:43:00      Pra Receivables Management, LLC,
               As Agent of Portfolio Recovery Assocs.,    P.O. Box 41067,   Norfolk, VA 23541-1067
14039905       EDI: Q3G.COM Aug 30 2016 01:43:00      Quantum3 Group LLC,    P.O. Box 788,
               Kirkland, WA 98083-0788
14044738       EDI: Q3G.COM Aug 30 2016 01:43:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
               PO Box 788,    Kirkland, WA  98083-0788
14075078      +EDI: BECKLEE.COM Aug 30 2016 01:43:00      STATE FARM BANK,    C/O BECKET AND LEE LLP,    POB 3001,
               MALVERN, PA 19355-0701
14039907      +EDI: SEARS.COM Aug 30 2016 01:43:00      Sears,   Po Box 6189,    Sioux Falls, SD 57117-6189
14039908      +EDI: STFM.COM Aug 30 2016 01:43:00      State Farm Financial Services,    3 State Farm Plaza,
               Suite N-4,   Bloomington, IL 61791-0002
14039909      +EDI: CITICORP.COM Aug 30 2016 01:43:00      Sunoco,   Po Box 6497,    Sioux Falls, SD 57117-6497
14039910      +EDI: WTRRNBANK.COM Aug 30 2016 01:43:00      Target,   Po Box 673,    Minneapolis, MN 55440-0673
14039911      +EDI: WFNNB.COM Aug 30 2016 01:43:00      WFCB/HSN,    995 West 122nd Avenue,
               Westminster, CO 80234-3417
14039912      +EDI: WFNNB.COM Aug 30 2016 01:43:00      WFNNB/Sam Levin Inc.,    Po Box 29168,
               Columbus, OH 43229-0168
14052510       EDI: ECAST.COM Aug 30 2016 01:43:00      eCAST Settlement Corp.,    Post Office Box 35480,
               Newark, NJ 07193-5480
                                                                                              TOTAL: 44

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Borough of Bridgeville
cr             Chartiers Valley School District
14052495*     +Albert McGuire,    2049 Spring Hill Road,    Pittsburgh, PA 15243-1464
14052496*     +Allied Interstate,    3000 Corporate Exchange Drive,    Columbus, OH 43231-7689
14052498*     +Becket & Lee LLP,    16 General Warren Boulevard,    Attn: Thomas E. Lee III,
               Malvern, PA 19355-1245
14052499*     +Bridgeville Borough,    Chartiers Valley School District,    C/O Central Tax Bureau of PA, Inc.,
               10 Emerson Lane, Suite 804,    Bridgeville, PA 15017-3461
14052500*     +Burton Neil & Associates,    1060 Andrew Drive,   Suite 170,    West Chester, PA 19380-5600
14052503*     +CBNA/The Home Depot,    Po Box 6497,   Sioux Falls, SD 57117-6497
14052508*    ++CREDITORS BANKRUPTCY SERVICE,    PO BOX 800849,   DALLAS TX 75380-0849
              (address filed with court: Creditors Bankruptcy Service,     P.O. Box 740933,    Dallas, TX 75374)
14052501*     +Capital One, N.A.,    PO Box 12907,   Norfolk, VA 23541-0907
14052502*     +Capital One, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite 200,
               Tucson, AZ 85712-1083
14052504*     +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
14052505*     +Chase-BP,    Po Box 15298,   Wilmington, DE 19850-5298
14052506*     +Citgo,   Po Box 6497,    Sioux Falls, SD 57117-6497
14052507*     +Citi,    Po Box 6241,   Sioux Falls, SD 57117-6241
14052509*      ECAST FOB HRS USA,    Bass & Associates, P.C.,    3936 E Ft Lowell Rd Ste 200,
               Tucson, AZ 85712-1083
14052511*     +First Source,    205 Bryant Woods South,    Buffalo, NY 14228-3609
14052512*     +GC Services Limited Partnership,    Collection Agency Divison,    6330 Gulfton,
               Houston, TX 77081-1108
14052513*     +GE Capital Retail Bank,    c/o Recovery Management Systems Corp.,    25 SE 2nd Avenue, Suite 1120,
               Attn: Ramesh Singh,    Miami, FL 33131-1605
14052514*      GE Money Bank/JCPenney,    Po Box 984100,   El Paso, TX 79998
14052515*      GE Money Bank/Lowes,    Po Box 103065,   Roswell, GA 30076
14052516*     +GE Money Bank/QVC,    Po Box 971402,   El Paso, TX 79997-1402
14052518*    ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
              (address filed with court: HSBC/Bestbuy,    Po Box 15519,    Wilmington, DE 19850)
```

```
District/off: 0315-2           User: amaz                  Page 3 of 3                  Date Rcvd: Aug 29, 2016
                               Form ID: 309B               Total Noticed: 67


              ***** BYPASSED RECIPIENTS (continued) *****
14052517*      +HSBC BANK NEVADA, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite 200,
                 Tucson, AZ 85712-1083
14052519*      +HSBC/Boscovs,    Po Box 4274,    Reading, PA 19606-0674
14052520*      +I.C. System, Inc.,    444 Highway 96 East,    Post Office Box 64794,    St. Paul, MN 55164-0794
14052521*      +Integrity Financial Partners, Inc.,    PO Box 11530,    Overland Park, KS 66207-4230
14052522*     ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                (address filed with court: Jefferson Capital Systems,      PO Box 7999,
                 Saint Cloud, MN 56302-9617)
14052523*       Kohls/Capital One,    N56 West 1700 Ridgewood Drive,     Menomonee Falls, WI 53051
14052524*       LVNV Funding,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14052525*      +Macy's,   9111 Duke Boulevard,    Mason, OH 45040-8999
14052526*      +Midland Funding, LLC,    by American InfoSource LP,    PO Box 4457,    Houston, TX 77210-4457
14052527*      +Midland Funding, LLC,    by American InfoSource LP,    PO Box 248897,
                 Oklahoma City, OK 73124-8897
14052529*      +NCO Financial Systems, Inc.,    PO Box 12100,    Department 64,    Trenton, NJ 08650-2100
14052528*      +National Capital Management, LLC,    8245 Tournament Drive, Suite 230,    Memphis, TN 38125-1741
14052530*      +Oak Harbor Capital II LLC,    c/o Weinstein and Riley, PS,    2001 Western Avenue,    Suite 400,
                 Seattle, WA 98121-3132
14052532*      +PNC Mortgage,    6 North Main Street,    Dayton, OH 45402-1908
14052534*      +PRA Receivables,    PO Box 12914,    Norfolk, VA 23541-0914
14052531*      +Patenaude & Felix,    213 East Main Street,    Carnegie, PA 15106-2701
14052533*      +Portfolio Recovery Associates,    140 Corporate Boulevard,    Norfolk, VA 23502-4952
14052536*      +Pra Receivables Management, LLC,    As Agent of Portfolio Recovery Assocs.,    P.O. Box 41067,
                 Norfolk, VA 23541-1067
14052537*       Quantum3 Group LLC,    P.O. Box 788,    Kirkland, WA 98083-0788
14052538*      +Regional Adjustment Bureau, Inc.,    P.O. Box 2209,    Addison, TX 75001-2209
14052539*      +Sears,    Po Box 6189,    Sioux Falls, SD 57117-6189
14052540*      +State Farm Financial Services,     3 State Farm Plaza,    Suite N-4,    Bloomington, IL 61791-0002
14052541*      +Sunoco,    Po Box 6497,    Sioux Falls, SD 57117-6497
14052542*      +Target,    Po Box 673,    Minneapolis, MN 55440-0673
14052543*      +WFCB/HSN,    995 West 122nd Avenue,    Westminster, CO 80234-3417
14052544*      +WFNNB/Sam Levin Inc.,    Po Box 29168,    Columbus, OH 43229-0168
                                                                                              TOTALS: 2, * 47, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2016                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 29, 2016 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION
           agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor   Borough of Bridgeville jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor   Chartiers Valley School District jhunt@grblaw.com,
           cnoroski@grblaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Paul W. McElrath, Jr.    on behalf of Joint Debtor Rebecca S. McGuire ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Paul W. McElrath, Jr.    on behalf of Debtor Alan C. McGuire ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Rosemary C. Crawford    crawfordmcdonald@aol.com, PA68@ecfcbis.com
          S. James Wallace    on behalf of Creditor   Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 9
```