IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 15-21610-CMB |
| | : | |
| Alan C. McGuire and | : | Chapter 13 |
| Rebecca S. McGuire, | : | |
|     Debtors | : | Doc. No. 60 |
| | : | |
| | : | Related to Doc. No. 48 |
| Alan C. McGuire and | : | |
| Rebecca S. McGuire, | : | Status Conference Date: |
|     Movants | : | October 11, 2016 at 1:30 PM |
| | : | |
|     v. | : | |
| | : | |
| Allied Interstate, Bass & Associates | : | |
| Becket & Lee, Bridgeville Borough | : | |
| Burton Neil & Associates | : | |
| Capital One, CBNA, Chase, Citgo | : | |
| Citi, Creditors Bankruptcy Service | : | |
| ECAST, Equitable Gas, First Source | : | |
| GC Services Limited Partnership | : | |
| GE Money Bank/Sync, HSBC | : | |
| I.C. System, Inc. | : | |
| Integrity Financial Partners, Inc. | : | |
| Jefferson Capital Systems | : | |
| Jeffrey R. Hunt, Kohls, LVNV, | : | |
|  Macy's, Midland Funding, | : | |
| National Capital Management, | : | |
| NCO Financial Systems, | : | |
| Oak Harbor Capital II | : | |
| Patenaude & Felix | : | |
| PNC Mortgage | : | |
| Portfolio Recovery Associates | : | |
| Pra Receivables Management | : | |
| Quantum3 Group | : | |
| Regional Adjustment Bureau | : | |
| Sears, State Farm, Sunoco, Target | : | |
| WFCB, WFNNB, and | : | |
| Rosemary C. Crawford, Esq. | : | |
|    Chapter 7 Trustee | : | |

RULE 1019 REPORT OF CONVERSION OF CASE UNDER CHAPTER 13
TO CASE UNDER CHAPTER 7 BY DEBTOR

      Debtors, Alan C. McGuire and Rebecca S. McGuire, by and through their attorney in the above-mentioned case, hereby file this Report of Conversion:

1. On August 26, 2016, a Motion to Convert from Chapter 13 to 7 was filed on behalf of the debtors.

2. The motion was granted and an Order was signed on August 29, 2016. The Order required the debtor to comply with Rules 1019(1)(A) and 1007(b), if such documents have not been filed. The Order further demanded that the names and addresses of all post-petition claimants be provided.

3. No new debt has been accumulated since the filing and commencement of the chapter 13 case, therefore, they do not have any post-petition claimants.

4. All required schedules have been completed and filed on September 13, 2016, at Doc. No. 58, 59.

5. There has been no post-confirmation added property, debts unlisted by the Chapter 13 Trustee or new executory contracts.

    WHEREFORE, the debtors, Alan C. McGuire and Rebecca S. McGuire, respectfully file this Rule 1019 Report.

Dated: September 12, 2016               /s/ Paul W. McElrath, Esq.
                                                       Paul W. McElrath, Esq.
                                                       Attorney for Debtor/Movant
                                                       McElrath Legal Holdings, LLC
                                                       PA ID #86220
                                                       1641 Saw Mill Run Blvd
                                                       Pittsburgh, PA 15210
                                                       Tel: 412.765.3606
                                                       Fax: 412.765.1917