## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No. 15-21610-CMB |
| | : | |
| Alan C. McGuire and | : | Chapter 13 |
| Rebecca S. McGuire, | : | |
| Debtors | : | Doc. No. 63 |
| | : | |
| | : | Related to Doc. No. 58 and 62 |
| Alan C. McGuire and | : | |
| Rebecca S. McGuire, | : | Status Conference Date: |
| Movants | : | October 11, 2016 at 1:30 PM |
| | : | |
| v. | : | Meeting of Creditors: |
| | : | October 3, 2016 at 01:00 PM |
| | : | |
| Allied Interstate, Bass & Associates | : | |
| Becket & Lee, Bridgeville Borough | : | |
| Burton Neil & Associates | : | |
| Capital One, CBNA, Chase, Citgo | : | |
| Citi, Creditors Bankruptcy Service | : | |
| ECAST, Equitable Gas, First Source | : | |
| GC Services Limited Partnership | : | |
| GE Money Bank/Sync, HSBC | : | |
| I.C. System, Inc. | : | |
| Integrity Financial Partners, Inc. | : | |
| Jefferson Capital Systems | : | |
| Jeffrey R. Hunt, Kohls, LVNV, | : | |
| Macy's, Midland Funding, | : | |
| National Capital Management, | : | |
| NCO Financial Systems, | : | |
| Oak Harbor Capital II | : | |
| Patenaude & Felix | : | |
| PNC Mortgage | : | |
| Portfolio Recovery Associates | : | |
| Pra Receivables Management | : | |
| Quantum3 Group | : | |
| Regional Adjustment Bureau | : | |
| Sears, State Farm, Sunoco, Target | : | |
| WFCB, WFNNB, and | : | |
| Rosemary C. Crawford, Esq. | : | |
|    Chapter 7 Trustee | : | |

### CERTIFICATE OF SERVICE OF AMENDED SCHEDULES I and J

I, the undersigned Paralegal of the law firm McElrath Legal Holdings, LLC, certify under penalty of perjury that I am more than 18 years of age, and that on September 13, 2016, I served a true and Correct copy of the Amendments to Schedules I and J on the parties on the attached Matrix via U.S. pre-paid postage mail or electronic mail where indicated.

Executed on: September 19, 2016

By:   /s/ Sharla Munroe
Sharla Munroe, Paralegal
McElrath Legal Holdings, LLC
1641 Saw Mill Run Blvd.
Pittsburgh, PA 1521
Tel: 412.765.3606
Fax: 412.765.1917

**Service by First-Class Mail**

**MATRIX**
**Service by NEF**

Office of the U.S. Trustee
ustpregion03.pi.ecf@usdoj.gov

**Service by First-Class Mail**

Rosemary C. Crawford, Esquire
Chapter 7 Trustee
Crawford McDonald, LLC.
P.O. BOX 355
Allison Park, PA 15101

| | | |
|---|---|---|
| Alan C. & Rebecca S. McGuire | 225 Osceola Drive Bridgeville, PA 15017 | |
| Allied Interstate 3000 Corporate Exchange Drive Columbus, OH 43231 | Attn: Thomas E. Lee III Malvern, PA 19355 | Burton Neil & Associates 1060 Andrew Drive Suite 170 West Chester, PA 19380-5601 |
| | Bridgeville Borough Chartiers Valley School District | |
| Bass & Associates 3936 E. Fort Lowell Road Suite 200 Tucson, AZ 85712 | C/O Central Tax Bureau of PA, Inc. 10 Emerson Lane, Suite 804 Bridgeville, PA 15017-3498 | Capital One, N.A. PO Box 12907 Norfolk, VA 23541 |
| Becket & Lee LLP 16 General Warren Boulevard | | Capital One, N.A. Bass & Associates, P.C. 3936 E. Ft. Lowell Rd, |

Suite 200
Tucson, AZ 85712

CBNA/The Home Depot
Po Box 6497
Sioux Falls, SD 57117

Chase
Po Box 15298
Wilmington, DE 19850

Chase-BP
Po Box 15298
Wilmington, DE 19850

Citgo
Po Box 6497
Sioux Falls, SD 57117

Citi
Po Box 6241
Sioux Falls, SD 57117

Creditors Bankruptcy Service
P.O. Box 740933
Dallas, TX 75374

ECAST FOB HRS USA
Bass & Associates, P.C.
3936 E Ft Lowell Rd Ste 200
Tucson, AZ 85712-1083

eCAST Settlement Corp.
Post Office Box 35480
Newark, NJ 07193-5480

Equitable Gas Bankruptcy Department
Attn: Judy Gawlowski
225 North Shore Drive, 2nd Floor
Pittsburgh, PA 15212

First Source
205 Bryant Woods South
Buffalo, NY 14228

GC Services Limited Partnership
Collection Agency Divison
6330 Gulfton
Houston, TX 77081

GE Capital Retail Bank
c/o Recovery Management Systems Corp.
25 SE 2nd Avenue, Suite 1120
Attn: Ramesh Singh
Miami, FL 33131

GE Money Bank/JCPenney
Po Box 984100
El Paso, TX 79998

GE Money Bank/Lowes
Po Box 103065
Roswell, GA 30076

GE Money Bank/QVC
Po Box 971402
El Paso, TX 79997

HSBC BANK NEVADA, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite 200
Tucson, AZ 85712

HSBC/Bestbuy
Po Box 15519
Wilmington, DE 19850

HSBC/Boscovs
Po Box 4274
Reading, PA 19606

I.C. System, Inc.
444 Highway 96 East
Post Office Box 64794
St. Paul, MN 55164-1783

Integrity Financial Partners, Inc.
PO Box 11530
Overland Park, KS 66207

Jefferson Capital Systems
PO Box 7999
Saint Cloud, MN 56302-9617

Jeffrey R. Hunt Goehring, Rutter & Boehm
437 Grant Street, 14th Floor
Frick Building
Pittsburgh, PA 15219-6107

Kohls/Capital One
N56 West 1700
Ridgewood Drive
Menomonee Falls, WI 53051

LVNV Funding
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Macy's
9111 Duke Boulevard
Mason, OH 45040

Midland Funding, LLC
by American InfoSource LP
PO Box 4457
Houston, TX 77210

Midland Funding, LLC
by American InfoSource

LP
PO Box 248897
Oklahoma City, OK 73124

National Capital
Management, LLC
8245 Tournament Drive,
Suite 230
Memphis, TN 38125

NCO Financial Systems,
Inc.
PO Box 12100
Department 64
Trenton, NJ 08650

Oak Harbor Capital II LLC
c/o Weinstein and Riley,
PS
 Kirkland, WA 98083-0788

Regional Adjustment Bureau,
Inc.
P.O. Box 2209
Addison, TX 75001

Sears
Po Box 6189
Sioux Falls, SD 57117

2001 Western Avenue
Suite 400
Seattle, WA 98121

Patenaude & Felix
213 East Main Street
Carnegie, PA 15106

PNC Mortgage
6 North Main Street
Dayton, OH 45402

Portfolio Recovery
Associates
140 Corporate Boulevard
Norfolk, VA 23502

PRA Receivables
PO Box 12914
State Farm Financial Services
3 State Farm Plaza
Suite N-4
Bloomington, IL 61791

Sunoco
Po Box 6497
Sioux Falls, SD 57117

Target
Po Box 673

Norfolk, VA 23541

PRA Receivables
Management
As Agent of Portfolio
Recovery Assocs.
P.O. Box 12914
Norfolk, VA 23541

Pra Receivables
Management, LLC
As Agent of Portfolio
Recovery Assocs.
P.O. Box 41067
Norfolk, VA 23541

Quantum3 Group LLC
P.O. Box 788

 Minneapolis, MN 55440

WFCB/HSN
995 West 122nd Avenue
Westminster, CO 80234

WFNNB/Sam Levin Inc.
Po Box 29168
Columbus, OH 43229