**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    ALAN C. MCGUIRE
    REBECCA S. MCGUIRE
        Debtor(s)

Case No.:15-21610

Ronda J. Winnecour
       Movant
    vs.
No Repondents.

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 05/04/2015 and confirmed on 07/13/2015 . The case was subsequently    (D)
CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 9,141.00 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 9,136.00 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 1,224.88 | |
|   Trustee Fee | 369.06 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,593.94 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 7,542.06 | 0.00 | 7,542.06 |
|     Acct: 2054 | | | | |
|   PNC BANK NA | 6,535.11 | 0.00 | 0.00 | 0.00 |
|     Acct: 2054 | | | | |
|   BOROUGH OF BRIDGEVILLE (SWG) | 78.55 | 0.00 | 0.00 | 0.00 |
|     Acct: H238 | | | | |
|   BOROUGH OF BRIDGEVILLE (SWG) | 4.90 | 0.00 | 0.00 | 0.00 |
|     Acct: H238 | | | | |
| | | | | 7,542.06 |
| **Priority** | | | | |
|   PAUL W MCELRATH JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ALAN C. MCGUIRE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ALAN C. MCGUIRE | 5.00 | 5.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MCELRATH LEGAL HOLDINGS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 15-21610 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | | |
| | PAUL W MCELRATH JR ESQ | 3,900.00 | 1,224.88 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BRIDGEVILLE BOROUGH (EIT) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXXXXX0154 | | | | |
| | CHARTIERS VALLEY SD & BRIDGEVILLE B | 1,411.70 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXX1236 | | | | |
| | | ***NONE*** | | | |
| Unsecured | | | | | |
| | ALBERT MCGUIRE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: ? | | | | |
| | CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX2352 | | | | |
| | THD/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX0417 | | | | |
| | LVNV FUNDING LLC | 7,125.75 | 0.00 | 0.00 | 0.00 |
| | Acct: 0208 | | | | |
| | CHASE/JPMORGAN CHASE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX4222 | | | | |
| | CHASE/JPMORGAN CHASE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX0301 | | | | |
| | CITGO/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX0206 | | | | |
| | OAK HARBOR CAPITAL III LLC | 24,094.43 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX2972 | | | | |
| | CITIBANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX6938 | | | | |
| | CREDITORS BANKRUPTCY SVCS* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: ? | | | | |
| | ECAST SETTLEMENT CORP** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: ? | | | | |
| | GEMB/JCPENNEY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX4000 | | | | |
| | GECC/ LOWE'S++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX4455 | | | | |
| | QVC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX3179 | | | | |
| | BEST BUY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX0203 | | | | |
| | BOSCOV'S | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX3287 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: ? | | | | |
| | CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX5652 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: ? | | | | |
| | DEPARTMENT STORES NATIONAL BANK/M | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX4820 | | | | |
| | DEPARTMENT STORES NATIONAL BANK/M | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX8120 | | | | |
| | MIDLAND FUNDING LLC BY AMERICAN INF | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX8441 | | | | |
| | MIDLAND FUNDING LLC BY AMERICAN INF | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: ? | | | | |
| | NATIONAL CAPITAL MANAGEMENT LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX5136 | | | | |
| | OAK HARBOR CAPITAL II LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: ? | | | | |

| 15-21610 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type   Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
|    PRA/PORTFOLIO RECOVERY ASSOC | | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: ? | | | | | |
|    QUANTUM3 GROUP LLC | | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: ? | | | | | |
|    SEARS/CITI CARD USA*++ | | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: XXX4285 | | | | | |
|    SEARS/CITI CARD USA*++ | | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: XXX5179 | | | | | |
|    STATE FARM BANK | | 19,182.01 | 0.00 | 0.00 | 0.00 |
|      Acct: XXX1372 | | | | | |
|    SUNOCO/CBSD | | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: XXX1830 | | | | | |
|    TARGET NATIONAL BANK | | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: XXX5008 | | | | | |
|    QUANTUM3 GROUP LLC AGNT - MOMA FU | | 743.71 | 0.00 | 0.00 | 0.00 |
|      Acct: XXX1213 | | | | | |
|    LEVIN FURNITURE | | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: XXX8261 | | | | | |
|    S JAMES WALLACE ESQ | | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | | |
|    JEFFREY HUNT | | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | | |

\*\*\*NONE\*\*\*

TOTAL PAID TO CREDITORS                                                                            7,542.06

  TOTAL CLAIMED
  PRIORITY              1,411.70
  SECURED              6,618.56
  UNSECURED       51,145.90

Date: 09/29/2016

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com