**Form RSC**

# United States Bankruptcy Court

### WESTERN DISTRICT OF PENNSYLVANIA

**RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 7
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 15−21610−CMB**
Date Converted:

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

| | |
|---|---|
| Alan C. McGuire | Rebecca S. McGuire |
| 225 Osceola Drive | 225 Osceola Drive |
| Bridgeville, PA 15017 | Bridgeville, PA 15017 |

Social Security No.:
xxx−xx−2518                                        xxx−xx−6498

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Paul W. McElrath Jr. | Rosemary C. Crawford |
| McElrath Legal Holdings, LLC. | Crawford McDonald, LLC. |
| 1641 Saw Mill Run Boulevard | P.O. Box 355 |
| Pittsburgh, PA 15210 | Allison Park, PA 15101 |
| Telephone number: 412−765−3606 | Telephone number: 724−443−4757 |

DATE/TIME/LOCATION OF MEETING OF
CREDITORS
December 21, 2016
01:00 PM
Liberty Center, 7th Floor, Room 740, 1001 Liberty
Avenue, Pittsburgh, PA 15222

**FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN AN ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED.**

Dated: 11/18/16                                        BY THE COURT

                                                       Carlota M. Bohm
                                                       Judge

```
                           United States Bankruptcy Court
                           Western District of Pennsylvania
In re:                                                          Case No. 15-21610-CMB
Alan C. McGuire                                                 Chapter 7
Rebecca S. McGuire
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0315-2          User: amaz              Page 1 of 3              Date Rcvd: Nov 18, 2016
                              Form ID: rsc            Total Noticed: 61


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 20, 2016.
db/jdb        +Alan C. McGuire,    Rebecca S. McGuire,    225 Osceola Drive,    Bridgeville, PA 15017-1941
cr            +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
               Pittsburgh, PA 15212-5860
cr            +PNC BANK, NATIONAL ASSOCIATION,    3232 Newark Drive,    Miamisburg, OH 45342-5421
14039866      +Albert McGuire,    2049 Spring Hill Road,    Pittsburgh, PA 15243-1464
14039867      +Allied Interstate,    3000 Corporate Exchange Drive,    Columbus, OH 43231-7689
14039868      +Becket & Lee LLP,    16 General Warren Boulevard,    Attn: Thomas E. Lee III,
               Malvern, PA 19355-1245
14080523      +Borough of Bridgeville,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
               Pittsburgh, PA 15219-6101
14080524      +Borough of Bridgeville/Chartiers Valley SD,    c/o Goehring Rutter & Boehm,
               437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
14039869      +Bridgeville Borough,    Chartiers Valley School District,    C/O Central Tax Bureau of PA, Inc.,
               10 Emerson Lane, Suite 804,    Bridgeville, PA 15017-3461
14039873      +CBNA/The Home Depot,    Po Box 6497,    Sioux Falls, SD 57117-6497
14039878     ++CREDITORS BANKRUPTCY SERVICE,    PO BOX 800849,    DALLAS TX 75380-0849
              (address filed with court: Creditors Bankruptcy Service,     P.O. Box 740933,    Dallas, TX 75374)
14039871      +Capital One, N.A.,    PO Box 12907,    Norfolk, VA 23541-0907
14039874      +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
14039875      +Chase-BP,    Po Box 15298,    Wilmington, DE 19850-5298
14039876      +Citgo,   Po Box 6497,    Sioux Falls, SD 57117-6497
14039877      +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
14039880      +First Source,    205 Bryant Woods South,    Buffalo, NY 14228-3609
14039881      +GC Services Limited Partnership,    Collection Agency Divison,    6330 Gulfton,
               Houston, TX 77081-1108
14039887     ++HSBC BANK,   ATTN BANKRUPTCY DEPARTMENT,     PO BOX 5213,    CAROL STREAM IL 60197-5213
              (address filed with court: HSBC/Bestbuy,    Po Box 15519,    Wilmington, DE 19850)
14039888      +HSBC/Boscovs,    Po Box 4274,    Reading, PA 19606-0674
14039890      +Integrity Financial Partners, Inc.,    PO Box 11530,    Overland Park, KS 66207-4230
14039892       Kohls/Capital One,    N56 West 1700 Ridgewood Drive,    Menomonee Falls, WI 53051
14039894      +Macy's,   9111 Duke Boulevard,    Mason, OH 45040-8999
14039898      +NCO Financial Systems, Inc.,    PO Box 12100,    Department 64,    Trenton, NJ 08650-2100
14104949      +PNC Bank, N.A.,    Attn: Bankruptcy Department,    3232 Newmark Drive,
               Miamisburg, OH 45342-5421
14039901      +PNC Mortgage,    6 North Main Street,    Dayton, OH 45402-1908
14039900     #+Patenaude & Felix,    213 East Main Street,    Carnegie, PA 15106-2701
14039906      +Regional Adjustment Bureau, Inc.,    P.O. Box 2209,    Addison, TX 75001-2209
14075078       STATE FARM BANK,    C/O BECKET AND LEE LLP,    POB 3001,    MALVERN, PA 19355-0701
14039907      +Sears,   Po Box 6189,    Sioux Falls, SD 57117-6189
14039908      +State Farm Financial Services,    3 State Farm Plaza,    Suite N-4,    Bloomington, IL 61791-0002
14039909      +Sunoco,   Po Box 6497,    Sioux Falls, SD 57117-6497
14039910      +Target,   Po Box 673,    Minneapolis, MN 55440-0673
14039911      +WFCB/HSN,    995 West 122nd Avenue,    Westminster, CO 80234-3417
14039912      +WFNNB/Sam Levin Inc.,    Po Box 29168,    Columbus, OH 43229-0168
14052510       eCAST Settlement Corp.,    Post Office Box 35480,    Newark, NJ 07193-5480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 19 2016 01:51:44      Pennsylvania Dept. of Revenue,
               Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
               Harrisburg, PA  17128-0946
14052497      +E-mail/Text: bnc@bass-associates.com Nov 19 2016 01:51:01      Bass & Associates,
               3936 E. Fort Lowell Road,    Suite 200,    Tucson, AZ 85712-1083
14039870      +E-mail/Text: notices@burt-law.com Nov 19 2016 01:53:16      Burton Neil & Associates,
               1060 Andrew Drive,    Suite 170,    West Chester, PA 19380-5600
14039872      +E-mail/Text: bnc@bass-associates.com Nov 19 2016 01:51:01      Capital One, N.A.,
               Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite 200,    Tucson, AZ 85712-1083
14039879       E-mail/Text: bnc@bass-associates.com Nov 19 2016 01:51:01      ECAST FOB HRS USA,
               Bass & Associates, P.C.,    3936 E Ft Lowell Rd Ste 200,    Tucson, AZ 85712-1083
14039882      +E-mail/PDF: gecsedi@recoverycorp.com Nov 19 2016 01:57:53      GE Capital Retail Bank,
               c/o Recovery Management Systems Corp.,    25 SE 2nd Avenue, Suite 1120,    Attn: Ramesh Singh,
               Miami, FL 33131-1605
14039883       E-mail/PDF: gecsedi@recoverycorp.com Nov 19 2016 01:57:23      GE Money Bank/JCPenney,
               Po Box 984100,    El Paso, TX 79998
14039884       E-mail/PDF: gecsedi@recoverycorp.com Nov 19 2016 01:57:53      GE Money Bank/Lowes,
               Po Box 103065,    Roswell, GA 30076
14039885      +E-mail/PDF: gecsedi@recoverycorp.com Nov 19 2016 01:56:51      GE Money Bank/QVC,
               Po Box 971402,    El Paso, TX 79997-1402
14039886      +E-mail/Text: bnc@bass-associates.com Nov 19 2016 01:51:01      HSBC BANK NEVADA, N.A.,
               Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite 200,    Tucson, AZ 85712-1083
14039889      +E-mail/Text: bankruptcy@icsystem.com Nov 19 2016 01:52:58      I.C. System, Inc.,
               444 Highway 96 East,    Post Office Box 64794,    St. Paul, MN 55164-0794
14039891       E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 19 2016 01:52:38      Jefferson Capital Systems,
               PO Box 7999,    Saint Cloud, MN 56302-9617
```

```
District/off: 0315-2          User: amaz                 Page 2 of 3                  Date Rcvd: Nov 18, 2016
                              Form ID: rsc               Total Noticed: 61


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14039893       E-mail/PDF: resurgentbknotifications@resurgent.com Nov 19 2016 01:57:05      LVNV Funding,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14111748       E-mail/PDF: resurgentbknotifications@resurgent.com Nov 19 2016 01:57:05
                LVNV Funding, LLC its successors and assigns as,    assignee of CR Evergreen II, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14039895      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 19 2016 02:07:25      Midland Funding, LLC,
                by American InfoSource LP,    PO Box 4457,    Houston, TX 77210-4457
14039896      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 19 2016 02:06:24      Midland Funding, LLC,
                by American InfoSource LP,    PO Box 248897,    Oklahoma City, OK 73124-8897
14039897      +E-mail/Text: bknotice@ncmllc.com Nov 19 2016 01:52:30      National Capital Management, LLC,
                8245 Tournament Drive, Suite 230,    Memphis, TN 38125-1741
14041229      +E-mail/Text: bncmail@w-legal.com Nov 19 2016 01:52:28      OAK HARBOR CAPITAL III, LLC,
                C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14039899      +E-mail/Text: bncmail@w-legal.com Nov 19 2016 01:52:28      Oak Harbor Capital II LLC,
                c/o Weinstein and Riley, PS,    2001 Western Avenue,   Suite 400,    Seattle, WA 98121-3132
14039902       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 19 2016 02:08:20
                Portfolio Recovery Associates,    140 Corporate Boulevard,    Norfolk, VA 23502
14039903      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 19 2016 02:22:19       PRA Receivables,
                PO Box 12914,    Norfolk, VA 23541-0914
14052535      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 19 2016 02:08:20
                PRA Receivables Management,    As Agent of Portfolio Recovery Assocs.,    P.O. Box 12914,
                Norfolk, VA 23541-0914
14039904      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 19 2016 02:23:39
                Pra Receivables Management, LLC,    As Agent of Portfolio Recovery Assocs.,    P.O. Box 41067,
                Norfolk, VA 23541-1067
14039905       E-mail/Text: bnc-quantum@quantum3group.com Nov 19 2016 01:51:31      Quantum3 Group LLC,
                P.O. Box 788,    Kirkland, WA 98083-0788
14044738       E-mail/Text: bnc-quantum@quantum3group.com Nov 19 2016 01:51:31
                Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,    Kirkland, WA  98083-0788
                                                                                              TOTAL: 25

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Borough of Bridgeville
cr              Chartiers Valley School District
14052495*     +Albert McGuire,    2049 Spring Hill Road,    Pittsburgh, PA 15243-1464
14052496*     +Allied Interstate,    3000 Corporate Exchange Drive,    Columbus, OH 43231-7689
14052498*     +Becket & Lee LLP,    16 General Warren Boulevard,   Attn: Thomas E. Lee III,
                Malvern, PA 19355-1245
14052499*     +Bridgeville Borough,    Chartiers Valley School District,   C/O Central Tax Bureau of PA, Inc.,
                10 Emerson Lane, Suite 804,    Bridgeville, PA 15017-3461
14052500*     +Burton Neil & Associates,    1060 Andrew Drive,   Suite 170,    West Chester, PA 19380-5600
14052503*     +CBNA/The Home Depot,    Po Box 6497,    Sioux Falls, SD 57117-6497
14052508*    ++CREDITORS BANKRUPTCY SERVICE,     PO BOX 800849,   DALLAS TX 75380-0849
               (address filed with court: Creditors Bankruptcy Service,     P.O. Box 740933,    Dallas, TX 75374)
14052501*     +Capital One, N.A.,    PO Box 12907,    Norfolk, VA 23541-0907
14052502*     +Capital One, N.A.,    Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd, Suite 200,
                Tucson, AZ 85712-1083
14052504*     +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
14052505*     +Chase-BP,    Po Box 15298,    Wilmington, DE 19850-5298
14052506*     +Citgo,   Po Box 6497,    Sioux Falls, SD 57117-6497
14052507*     +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
14052509*      ECAST FOB HRS USA,    Bass & Associates, P.C.,   3936 E Ft Lowell Rd Ste 200,
                Tucson, AZ 85712-1083
14052511*     +First Source,    205 Bryant Woods South,    Buffalo, NY 14228-3609
14052512*     +GC Services Limited Partnership,    Collection Agency Divison,    6330 Gulfton,
                Houston, TX 77081-1108
14052513*     +GE Capital Retail Bank,    c/o Recovery Management Systems Corp.,    25 SE 2nd Avenue, Suite 1120,
                Attn: Ramesh Singh,    Miami, FL 33131-1605
14052514*      GE Money Bank/JCPenney,    Po Box 984100,    El Paso, TX 79998
14052515*      GE Money Bank/Lowes,    Po Box 103065,    Roswell, GA 30076
14052516*     +GE Money Bank/QVC,    Po Box 971402,    El Paso, TX 79997-1402
14052518*    ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
               (address filed with court: HSBC/Bestbuy,    Po Box 15519,    Wilmington, DE 19850)
14052517*     +HSBC BANK NEVADA, N.A.,    Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite 200,
                Tucson, AZ 85712-1083
14052519*     +HSBC/Boscovs,    Po Box 4274,    Reading, PA 19606-0674
14052520*     +I.C. System, Inc.,    444 Highway 96 East,    Post Office Box 64794,    St. Paul, MN 55164-0794
14052521*     +Integrity Financial Partners, Inc.,    PO Box 11530,    Overland Park, KS 66207-4230
14052522*    ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
               (address filed with court: Jefferson Capital Systems,    PO Box 7999,
                Saint Cloud, MN 56302-9617)
14052523*      Kohls/Capital One,    N56 West 1700 Ridgewood Drive,    Menomonee Falls, WI 53051
14052524*      LVNV Funding,    Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14052525*     +Macy’s,   9111 Duke Boulevard,    Mason, OH 45040-8999
14052526*     +Midland Funding, LLC,    by American InfoSource LP,   PO Box 4457,    Houston, TX 77210-4457
14052527*     +Midland Funding, LLC,    by American InfoSource LP,   PO Box 248897,
                Oklahoma City, OK 73124-8897
14052529*     +NCO Financial Systems, Inc.,    PO Box 12100,   Department 64,    Trenton, NJ 08650-2100
```

```
District/off: 0315-2          User: amaz                 Page 3 of 3              Date Rcvd: Nov 18, 2016
                              Form ID: rsc               Total Noticed: 61


              ***** BYPASSED RECIPIENTS (continued) *****
14052528*       +National Capital Management, LLC,    8245 Tournament Drive, Suite 230,    Memphis, TN 38125-1741
14052530*       +Oak Harbor Capital II LLC,    c/o Weinstein and Riley, PS,    2001 Western Avenue,   Suite 400,
                  Seattle, WA 98121-3132
14052532*       +PNC Mortgage,    6 North Main Street,    Dayton, OH 45402-1908
14052533*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court:  Portfolio Recovery Associates,    140 Corporate Boulevard,
                  Norfolk, VA 23502)
14052534*       +PRA Receivables,    PO Box 12914,    Norfolk, VA 23541-0914
14052531*       +Patenaude & Felix,    213 East Main Street,    Carnegie, PA 15106-2701
14052536*       +Pra Receivables Management, LLC,    As Agent of Portfolio Recovery Assocs.,    P.O. Box 41067,
                  Norfolk, VA 23541-1067
14052537*        Quantum3 Group LLC,    P.O. Box 788,    Kirkland, WA 98083-0788
14052538*       +Regional Adjustment Bureau, Inc.,    P.O. Box 2209,    Addison, TX 75001-2209
14052539*       +Sears,   Po Box 6189,    Sioux Falls, SD 57117-6189
14052540*       +State Farm Financial Services,    3 State Farm Plaza,    Suite N-4,   Bloomington, IL 61791-0002
14052541*       +Sunoco,   Po Box 6497,    Sioux Falls, SD 57117-6497
14052542*       +Target,   Po Box 673,    Minneapolis, MN 55440-0673
14052543*       +WFCB/HSN,    995 West 122nd Avenue,    Westminster, CO 80234-3417
14052544*       +WFNNB/Sam Levin Inc.,    Po Box 29168,    Columbus, OH 43229-0168
                                                                                             TOTALS: 2, * 47, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2016                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 18, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Bridgeville jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Chartiers Valley School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Joshua I. Goldman    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Rebecca S. McGuire ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Debtor Alan C. McGuire ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Rosemary C. Crawford    on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com,
               PA68@ecfcbis.com
              Rosemary C. Crawford    crawfordmcdonald@aol.com, PA68@ecfcbis.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 10
```